# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

141320

RICHARD H. LIVINGSTON,
      Plaintiff-Appellant,

v

WEST MICHIGAN LAKESHORE
ASSOCIATION OF REALTORS,
      Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141320
COA: 295580
Ottawa CC: 08-062978-CK

On order of the Court, the application for leave to appeal the April 27, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

                             Clerk